*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 23, 2016                    521996
_____

In the Matter of MICHAEL
    FLOURNOY,
                    Appellant,

        v                                    MEMORANDUM AND ORDER

NORMAN R. BEZIO, as Director
    of Special Housing and
    Inmate Disciplinary Programs,
    et al.,
                    Respondents.
_____


Calendar Date:  May 3, 2016

Before:  Lahtinen, J.P., McCarthy, Garry, Devine and Clark, JJ.

                    _____


        Michael Flournoy, Napanoch, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Owen Demuth
of counsel), for respondents.

                    _____


        Appeal from a judgment of the Supreme Court (McNamara, J.),
entered March 9, 2015 in Albany County, which, in a proceeding
pursuant to CPLR article 78, granted respondents' motion to
dismiss the petition.

        Judgment affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Garry, Devine and Clark, JJ.,
concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court